# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **In the matter of:** | **Case No.:** 05-34710-dof |
| James Michael Cummings | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| FCNB/Mastertrust | 6 | 11 | Unsecured | 0733752 | $35.67 |

Dated: April 4, 2011

                                              ___/s/Carl L. Bekofske___
                                              Carl L. Bekofske,
                                              Standing Chapter 13 Trustee
                                              400 N. Saginaw St., Ste 331
                                              Flint, MI 48502
                                              Telephone: (810) 238-4675
                                              Fax: (810) 238-4712
                                              Email: ECF@flint13.com
                                              P10645